IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Mazilia Amisial, | * | |
| Plaintiff, | * | C. A. No. |
| v. | * | |
| Perdue Farms, Inc., a Maryland corporation, | * | **COMPLAINT** |
| Defendant. | * | |

COMES NOW, the Plaintiff, Mazilia Amisial, by and through his attorneys, Schmittinger and Rodriguez, P.A., and hereby files this Complaint and requests and represents the following:

## I. Jurisdiction and Parties

1. The Plaintiff, Mazilia Amisial, is a resident of the State of Delaware, residing at 805B Moyer Circle East, Milford, Delaware 19963.

2. The Defendant, Perdue Farms, Inc., is a Maryland corporation doing business in Delaware at 255 North Rehoboth Boulevard, Milford, Delaware 19963. Service may be obtained by serving an authorized agent at The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

3. The Defendant, Perdue Farms Inc., is a Maryland corporation registered to do business in the State of Delaware.

4. The Plaintiff has exhausted all administrative remedies available to her prior to the filing of this Complaint.

## II. Facts

5. Paragraphs 1 through 4 are realleged and incorporated hereafter by reference.

6. At all times relevant to this Complaint, the Plaintiff has been an eligible employee of the Defendant, as the term is defined by the Family and Medical Leave Act, 29 U.S.C. § 2611(2).

7. At all times relevant to this Complaint, the Defendant has been an employer of the Plaintiff, as the term is defined by the Family and Medical Leave Act, 29 U.S.C. § 2611(4).

8. The Plaintiff was a member of the Defendant's full-time workforce as a line worker at its facilities in Milford, Delaware from July 8, 1986 until her termination on August 29, 2006.

9. On or about August 15, 2006, the Plaintiff was involved in an automobile accident, suffering injuries to her neck and spine.

10. On or about August 18, 2006, the Plaintiff visited Dr. Richard DuShuttle, M.D., because of the injuries she received from the accident.

11. On or about August 18, 2006, Dr. DuShuttle advised the patient to not work for three weeks, pending a follow-up evaluation on September 7, 2006 and provided medical documentation to this effect in the form a no-work note.

12. On or about August 28, 2006, the Plaintiff visited the Perdue Wellness Center, a health-care provision facility operated by the Defendant.

13. At the Perdue Wellness Center, the Plaintiff provided a registered nurse named Tammy with the no-work note provided by Dr. DuShuttle.

14. Tammy informed the Plaintiff that the Defendant no longer accepted medical documentation from Dr. DuShuttle and that the Plaintiff no longer had a job with the Defendant.

## III. Count #1: The Family and Medical Leave Act

15. The Plaintiff restates, realleges, and incorporates by reference Paragraphs 1 through 14.

16. Through the actions alleged above, the Defendant has failed and/or refused to provide the Plaintiff with leave entitled to the Plaintiff, in violation of Title 29, Section 2612(a)(1) of the United States Code.

17. Through the actions alleged above, the Defendant has illegally terminated the employment of the Plaintiff, in violation of Title 29, Section 2615(a) of the United States Code.

18. As a result of the Defendant's unlawful conduct, the Plaintiff has suffered a loss of wages and employment.

## III. Count #2: Denial of COBRA Continuation Coverage

19. The Plaintiff restates, realleges, and incorporates by reference Paragraphs 1 through 18.

20. Through the actions alleged above, the Defendant has denied the Plaintiff access to continuation coverage by failing to file timely notice of the occurrence of a qualifying event, in violation of Title 29, Section 1166(a)(2).

21. As a result of the Defendant's unlawful conduct, the Plaintiff has suffered a loss of her health insurance.

## Prayer for Relief

**WHEREFORE**, the Plaintiff, by and through her attorneys, Schmittinger and Rodriguez, P.A., pray that the Court grant the following relief:

1. Award the Plaintiff all wages and benefits which she has lost as a result of the Defendant's illegal conduct, including payment of interest on all wages and benefits due;

2. Grant the Plaintiff liquidated damages under Section 2617(a)(1)(iii) of the Family and Medical Leave Act, 29 U.S.C. § 2617.

3. Grant the Plaintiff her attorneys' fees, costs and pre-judgment interest.

4. Award to the Plaintiff such other legal or equitable relief as the Court deems just.

SCHMITTINGER AND RODRIGUEZ, P.A.

BY: ______________________
Nicholas H. Rodriguez, Esquire
Bar ID #356
414 South State Street
P.O. Box 497
Dover, Delaware 19903-0497
(302) 674-0140
Attorney for Plaintiff

Dated: 7-01-08

08-402

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Amisial, Mazilia

**DEFENDANTS**
Perdue Farms Inc., a maryland corp

(b) County of Residence of First Listed Plaintiff: Kent
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Kent
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Nicholas H. Rodriguez, Esq. 302-674-0140
Schmittinger + Rodriguez P.A. Bar ID# 356
414 South State Street, Dover DE 19901

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

PERSONAL INJURY
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence
Habeas Corpus:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt.Reporting & Disclosure Act
☐ 740 Railway Labor Act
☒ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**): 29 U.S.C. 2601
Brief description of cause: Failure of employer to honor FMLA

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE DOCKET NUMBER

DATE: 7-01-08
SIGNATURE OF ATTORNEY OF RECORD: Nicholas H Rodriguez

FOR OFFICE USE ONLY

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. CA 08-402

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF 1 COPIES OF AO FORM 85.

7/2/08
(Date forms issued)

x R. Curt Gruber
(Signature of Party or their Representative)

X R. Curt Gruber
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action