# UNITED STATES DISTRICT COURT

District of Delaware

MAZILIA AMISIAL,

Plaintiff,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-402

v.

PERDUE FARMS, INC., a Maryland corporation,

Defendant.

To: (Name & Address of Defendant)

> The Corporation Trust Company
> Corporation Trust Center
> 1209 Orange Street
> Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Nicholas H. Rodriguez, Esquire
> Bar ID #356
> Schmittinger & Rodriguez, P.A.
> 414 S. State Street
> P.O. Box 497
> Dover, DE 19903

an answer to the complaint which is served on you with this summons, with ___20___ days after service of this summons on you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                              7/2/08

CLERK                                    DATE

_(signature)_

(By) DEPUTY CLERK

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  7/2/08 |
| NAME OF SERVER *(PRINT)*  R. Curt Gruber | TITLE  Investigator  Schmittinger & Rodriguez |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Scott LaScala

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on:  7/2/08                R. Curt Gruber
              Date                  *Signature of Server*

                                    414 S. State St.
                *Address of Server* Dover, DE 19901

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.